No. 51992.—Briones & Co., Inc., et al. v. United States, protests 127059–K, etc. (New York).

Opinion by Johnson, J.   At the trial it was stipulated that the merchandise, issues, and facts herein are similar in all material respects, to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351), and that the quantities reported by the inspector as not landed were not in fact landed. In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it pertains to the quantities reported by the inspector as not landed, is subject to an allowance in duties and internal revenue taxes.   The protests were sustained to this extent.

Before the First Division, October 31, 1947

No. 51993.—C. J. Tower & Sons v. United States, protests 129426–K, etc. (Buffalo).

Opinion by Cole, J.   In accordance with stipulation of counsel that the merchandise is the same in all material respects as the "Aloxite" passed upon in *United States* v. *C. J. Tower & Sons* (35 C. C. P. A. 22, C. A. D. 366), the claim for free entry under paragraph 1672 was sustained.

Before the Second Division, October 31, 1947

No. 51994.—Sand & Siman v. United States, protests 954677–G, etc. (New York).

Opinion by Kincheloe, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.